SHORE CONTRACTING CO., INC., Plaintiff, v. VICTOR J. GEORGETTI, Defendant. INCORPORATED VILLAGE OF MANORHAVEN, Appellant-Respondent, v. VICTOR J. GEORGETTI, Respondent-Appellant and Third-Party Plaintiff. SHORE CONTRACTING CO., INC., Third-Party Defendant.—

Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.

In the Matter of FERNANDE IADELUCA, Respondent, v. ROBERT B. IADELUCA, Appellant.—

Christ, Acting P. J., Rabin and Benjamin, JJ., concur; Brennan and Hopkins, JJ., dissent and vote to affirm.